UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.   06-174 (JDB) |
| **v.** : | |
| : | |
| **WENDELL HARRIS RORIE,** : | |
| : | |
| **Defendant.** : | |

## ORDER

WHEREUPON, having considered the Government's Motion To Admit Other Crimes Evidence Pursuant to Federal Rule of Evidence 404(B), and any opposition thereto, it is hereby

**ORDERED**, that the Government's motion is hereby GRANTED.

_____          _____
DATE                                                                JOHN D. BATES
                                                                           U.S. DISTRICT COURT JUDGE

cc:

Dani Jahn, Esq.
Federal Public Defender for D.C.
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004


G. Michael Harvey
Office of the United States Attorney
Federal Major Crimes
Room 4243
555 Fourth Street, N.W.
Washington, D.C.  20530