UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.   06-174 (JDB) |
| **v.** : | |
| : | |
| **WENDELL HARRIS RORIE,** : | |
| : | |
| **Defendant.** : | |

**ORDER**

Based upon the government's motion to admit the defendant's prior convictions for impeachment purposes, any opposition thereto, and the entire record herein, it is this

_____ day of _____, 2006, hereby

**ORDERED** that, should the defendant chose to testify, the government may impeach him with his prior conviction for Unlawful Possession of Firearm and Ammunition by a Person Convicted of Domestic Assault in violation of 18 U.S.C. § 922(g)(9), as set out in the government's motion.

_____
JOHN D. BATES
United States District Judge

cc:

Dani Jahn, Esq.
Federal Public Defender for D.C.
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004


G. Michael Harvey
Office of the United States Attorney
Federal Major Crimes
Room 4243
555 Fourth Street, N.W.
Washington, D.C.  20530