UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 06-174 (JDB) |
| ) | |
| **WENDELL HARRIS-RORIE,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Upon consideration of Defendant's Motion to Suppress Statements and finding good cause shown, it is this ___ day of _____, 2006, hereby

ORDERED that the motion is GRANTED.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C.  20004

G. Michael Harvey
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530