UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.     ) | **Cr. No. 06-174 (JDB)** |
| ) | |
| **WENDELL HARRIS-RORIE,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

    Upon consideration of the United States' Motion Seeking Admission of Rule 404(b) Evidence, as well as the defendant's opposition thereto, it is by the Court hereby

    **ORDERED** that the United States' motion is DENIED.

_____
THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

DATE:

Copies to:
Michael Harvey, AUSA
Danielle Jahn, AFPD