UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | Criminal No.  06-174 (JDB) |
| **v.** : | |
| : | |
| **WENDELL HARRIS RORIE,** : | |
| : | |
| **Defendant.** : | |

# ORDER

Upon consideration of the defendant's Motion to Suppress Tangible Evidence and Motion to Suppress Statements, the government's opposition thereto, and the record herein, it is this _____ day of _____, 2006, hereby

**ORDERED**, that defendant's Motions are **DENIED.**


_____
JOHN D. BATES
United States District Judge

cc:

Dani Jahn, Esq.
Federal Public Defender for D.C.
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004


G. Michael Harvey
Office of the United States Attorney
Federal Major Crimes
Room 4243
555 Fourth Street, N.W.
Washington, D.C.  20530