UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.                              ) | Cr. No. 06-174 (JDB) |
| ) | |
| **WENDELL HARRIS-RORIE,**  ) | |
| ) | |
| **Defendant.**              ) | |

### EMERGENCY MOTION TO CONTINUE MOTIONS HEARING DATE

Mr. Wendell Harris-Rorie, the defendant, through undersigned counsel, respectfully moves this Honorable Court to continue the motions hearing date in this case presently scheduled to begin on Thursday, September 14, 2006 at 2:00 p.m. In support of this motion, counsel states:

As the Court is aware, the Defendant, through undersigned counsel, has issued subpoenas for two defense witnesses, one of which is the defendant's mother - Ms. Cynthia Harris. Undersigned counsel has learned that Ms. Harris has been admitted to Greater Southeast Hospital for observation related to stroke-like symptoms. She was admitted on September 13, 2006 and is currently under observation without a release date or a prognosis. This defense witness is crucial and essential to Mr. Harris-Rorie's Motion to Suppress. If the Court requires further information about this witness, undersigned counsel respectfully requests that such information be proffered ex parte.

On the behalf of the Defendant, and in the interest of justice, undersigned counsel requests that the motions hearing in this matter be continued. Further, as soon as undersigned counsel learned of this information, a voice mail message was left with the government, per Assistant United States Attorney G. Michael Harvey.

WHEREFORE, counsel for the Defendant respectfully requests that this motion be

granted.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

         /s/
        _____
        Dani Jahn
        Assistant Federal Public Defender
        625 Indiana Avenue, N.W.
        Suite 550
        Washington, D.C. 20004
        (202) 208-7500