## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs. ) | Cr. No. 06-174 (JDB) |
| ) | |
| **WENDELL HARRIS-RORIE,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Upon consideration of Defendant's Emergency Motion to Continue the Motions Hearing Date, and in light of the entire record in this matter, it is hereby

**ORDERED** that the motion is granted; and it is further

**ORDERED** that the September 14, 2006 motions hearing date is hereby vacated; and it is further

**ORDERED** that the motions hearing in this matter is rescheduled for _____, 2006 at \_\_\_:\_\_\_ a.m..

**IT IS SO ORDERED** this _____ day of _____, 2006.

THE HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Copies to:

Dani Jahn
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste. 550
Washington, D.C.  20004

G. Michael Harvey
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530