UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Criminal No.  06-174 (JDB) |
| | : | |
| v. | : | |
| | : | |
| | : | |
| **WENDELL HARRIS RORIE,** | : | |
| | : | |
| Defendant. | : | |
| | : | |

**GOVERNMENT'S RESPONSE TO DEFENDANT'S EMERGENCY MOTION TO CONTINUE MOTIONS HEARING DATE**

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully responds to the defendant's Emergency Motion to Continue Motions Hearing Date, and states further as follows:

The Government does not object to a continuance of the motions' hearing in this matter because of the hospitalization of an essential defense witness.  Given the Government's understanding of the facts, however, it does not believe that Cynthia Harris is such a witness. According, the Government requests that, prior to the Court ruling on the emergency motion, the defense provide a proffer to the Court regarding the basis for its assertion that Ms. Harris is a "crucial and essential" witness.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
BAR NO. 451058

_____

G. MICHAEL HARVEY
ASSISTANT UNITED STATES ATTORNEY
D.C. BAR NO. 447-465
FEDERAL MAJOR CRIMES SECTION
Tel:  (202) 305-2195