UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 06-174 (JDB) |
| v. | : | |
| | : | |
| WENDELL HARRIS-RORIE, | : | |
| | : | |
| Defendant. | : | |

FILED
OCT 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## GOVERNMENT'S SUBMISSION TO THE COURT IN PREPARATION FOR THE UPCOMING PLEA HEARING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby submits the following in preparation for a plea hearing in the instant case.

I. ELEMENTS OF THE OFFENSE:

A. The essential elements of the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year, in violation of 18 U.S.C. § 922(g)(1), are:

1. That the defendant knowingly possessed the firearm;

2. That, before he possessed the firearm, the defendant had been convicted in a court of a crime punishable by imprisonment for a term in excess of one year; and

3. That the possession of the firearm was in or affecting commerce.

II. COPY OF THE PLEA AGREEMENT:

A copy of the plea agreement is attached.

III. PENALTIES:

Pursuant to 18 United States Code § 922(g)(1) the charge carries a maximum sentence of no more than 10 years of incarceration, a fine of no more than $250,000, or both.

IV.  STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA:

If this case were to go to trial, the government's evidence would have established beyond a reasonable doubt that:

On May 8, 2006, at approximately 11:55 p.m., officers of the Metropolitan Police Department (MPD) responded to a report of gunshots in the 700 block of Atlantic Street, S.E. Canvassing the area, the officers observed an occupied black two-door Cadillac parked in a parking lot in front of the 800 block of Barnaby Street, S.E., which is located one block from the 700 block of Atlantic Street, S.E.  The officers observed two occupants inside the vehicle, the defendant sitting in the driver's seat and another individual in the front passenger's seat.  The officers approached the vehicle to interview its occupants about the gunshots.  Following a brief conversation with the defendant, the defendant exited from the driver's side of the car and attempted to run from the vehicle.  The defendant was stopped from doing so by one of the officers.  An officer then observed in plain view through the open driver's door of the vehicle the handle of what appeared to be a handgun protruding from under the driver's seat where the defendant had been sitting.

The gun was removed from the car and inspected by an MPD Crime Scene Officer. It was determined to be a Rock Island Armory .45 caliber pistol loaded with one round of live .45 caliber ammunition in the chamber and nine rounds of live .45 caliber ammunition in the magazine.  Neither the gun nor ammunition were manufactured in the District of Columbia. The gun was dusted for prints.  Found on the left side of the gun's magazine was a latent fingerprint which was analyzed and found to match the defendant's right thumb.

As indicated in the indictment, the defendant was previously convicted on October 25,

2004 of Unlawful Possession of Firearm and Ammunition by a Person Convicted of Domestic Assault in violation of 18 U.S.C. § 922(g)(9), for which he was sentenced to 12 months incarceration followed by three years of supervised release.

This factual proffer is a summary of the defendant's actions, and is not intended to be a complete accounting of all facts and events related to that offense or other offenses. The limited purpose of this factual proffer is to demonstrate that a factual basis exists to support the defendant's guilty plea to the offense of Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a Crime Punishable by Imprisonment for a Term Exceeding One Year which is charged as Count One in the indictment.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____
G. MICHAEL HARVEY
Assistant United States Attorney
Federal Major Crimes Section
D.C. Bar No. 447465
555 4th Street, N.W. #4243
Washington, DC 20001
Phone: 305-2195
Fax: 616-3782

## DEFENDANT WENDELL HARRIS-RORIE'S ACKNOWLEDGMENT

I have read this factual proffer and have discussed it with my attorney, Dani Jahn, Esquire. I fully understand the foregoing Statement of Offense in Support of Guilty Plea. I agree and acknowledge by my signature that the proffer of facts contained therein is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under

the influence of anything that could impede my ability to understand this factual proffer fully.

Date: 10/23/06　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Wendell Harris-Rorie


## ATTORNEY'S ACKNOWLEDGMENT

I have read the foregoing Statement of Offense in Support of Guilty Plea, and have reviewed it with my client fully. I concur in my client's desire to adopt the factual proffer contained therein as true and accurate.

Date: 10/23/06　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Dani Jahn, Esquire
　　　　　　　　　　　　　　　　　　Attorney for Wendell Harris-Rorie