UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,    :

    v.    :    Cr. No. 06-174 (JDB)

WENDELL HARRIS-RORIE,    :

    Defendant.    :

## NOTICE OF APPEAL

**Name and address of appellant:**    Wendell Harris-Rorie

**Name and address of appellant's attorney:**    Danielle C. Jahn
Assistant Federal Public Defender
625 Indiana Avenue, NW, Suite 550
Washington, DC 20004

**Offense:**    Possession of firearm and ammunition by convicted felon,
18 U.S.C. § 922(g)(1)

**Concise statement of judgment or order, giving date, and any sentence:**

Judgment Dated January 16, 2007: 24 months' imprisonment,
2 years' supervised release, and $100 special assessment

**Name of institution where now confined, if not on bail:**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| 1/18/07 | Wendell Harris-Rorie |
|---|---|
| DATE | APPELLANT |

| CJA, NO FEE | FPD | Danielle Jahn |
|---|---|---|
| PAID USDC FEE | No | ATTORNEY FOR APPELLANT |
| PAID USCA FEE | No | |

Does counsel wish to appear on appeal?    ___ Yes    _X_ No
Has counsel ordered transcripts?    _X_ Yes    ___ No
Is this appeal pursuant to the 1984 Sentencing Reform Act?    _X_ Yes    ___ No