# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 07-3012                                                September Term, 2007

UNITED STATES OF AMERICA,
           APPELLEE

v.

WENDELL HARRIS-RORIE,
           APPELLANT

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 5/5/08
BY: [signature]
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

[Stamp: UNITED STATES COURT OF APPEALS DISTRICT OF COLUMBIA CIRCUIT FILED MAR 17 2008 CLERK]

Appeal from the United States District Court
for the District of Columbia
(No. 06cr00174-01)

FILED MAY - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Before: RANDOLPH and TATEL, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*.

### JUDGMENT

This appeal was considered on the record from the United States District Court for the District of Columbia and on the briefs by the parties and oral arguments of counsel. It is

**ORDERED AND ADJUDGED** that the judgment of the District Court be affirmed.

Wendell Harris-Rorie appeals his conviction as relying on evidence derived from an unlawful seizure. On appeal, for the first time, he describes this seizure as taking the form of a police officer's order not to leave the scene without providing identification. Assuming *arguendo* that this claim is not waived under Fed. R. Crim. P. 12(e), his forfeiture mandates plain error review, and we affirm the judgment as not plainly erroneous. The district court found as a matter of historical fact, cf. *Ornelas v. United States*, 517 U.S. 690, 699 (1996), that the officer's statements were not in the nature of an order to remain, and there is no clear error in this finding.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or rehearing en banc. See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: [signature]
Deputy Clerk

A True Copy:
United States Court of Appeals
for the District of Columbia Circuit
By: [signature] Deputy Clerk